**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Eagle,<br><br>    Plaintiff,<br><br>vs.<br><br>Bill Alexander Automotive Center Inc.,<br><br>    Defendant. | No. CV11-1148-PHX-JAT<br><br>**ORDER** |

Defendant Bill Alexander Automotive Center filed a Motion for Leave to Amend Answer on January 13, 2012. (Doc. 34.) Plaintiff has not filed a response to the Motion. Pursuant to Local Rule of Civil Procedure 7.2(i), the Court deems Plaintiff's failure to respond as consent to granting the Motion.

Accordingly,

**IT IS ORDERED** Granting Defendant's Motion for Leave to Amend Answer (Doc. 34). Defendant shall file its Second Amended Answer within ten (10) days of this Order.

DATED this 1st day of March, 2012.

_____
James A. Teilborg
United States District Judge